### 12750.  AARONS *v.* MYERS *et al.*

BROYLES, C. J.  Where the law and the evidence do not demand the verdict, the first grant of a new trial will not be disturbed, although based solely upon a special ground; nor will this court determine whether or not that ground was meritorious. *Cox* v. *Grady,* 132 *Ga.* 368 (64 S. E. 262); and authorities cited; *Parks* v. *Stevens,* 21 *Ga. App.* 180 (94 S. E. 60), and citations.

(a) Under the above ruling and the facts of the instant case, the judgment granting a new trial is

*Affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 13, 1921.

Complaint; from city court of Bainbridge — Judge Spooner. July 25, 1921.

*J. C. Hale,* for plaintiff in error.

*Hartsfield & Conger,* contra.